**No. 09-10258. David Marland Leonard, Jr., Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3337, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4265.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 357 Fed. Appx. 191.

**No. 09-10259. Exdonovan Peak, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3337, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4243.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 361 Fed. Appx. 619.

**No. 09-10262. Ira Bland, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3337, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4353.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 386.

**No. 09-10263. Eddie Barber, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3337, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4317.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 361 Fed. Appx. 671.

**No. 09-10264. Andrew Aames, Petitioner v. California.**

560 U.S. 932, 130 S. Ct. 3338, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4197.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 09-10265. Fernando Salazar-Gallardo, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3338, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4189.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 888.

**No. 09-10266. Ralph Veasey, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3338, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4188.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10268. Eric Williams, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3338, 176 L. Ed. 2d 1233, 2010 U.S. LEXIS 4182.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 359 Fed. Appx. 984.